■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUISE WHITE, Appellant. (Appeal No. 2.)—Case held, decision reserved, and matter remitted to Erie County Court for further proceedings, in accordance with the same memorandum as in *People v White* (72 AD2d 913). (Appeal from judgment of Erie County Court—criminal possession of weapon, second degree.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ In the Matter of JOHN P. HANNON, Petitioner, v MARIO CUOMO, as Secretary of State of the State of New York, Respondent. (Proceeding No. 1.)—Determination unanimously modified and, as modified, confirmed, without costs, in accordance with the following memorandum: Respondent found petitioner guilty of untrustworthiness and incompetency because he submitted a purchase offer to his client, the seller, with actual knowledge that the signature on it was not that of the prospective buyer and because he accepted a down payment of $4,000 from the buyer when the purchase offer required a down payment of $5,000. We find no substantial evidence to support the charge that he submitted a forged purchase offer, and we grant the petition to the extent of striking that finding and therefore reduce the punishment imposed from suspension for three months to censure. The determination is confirmed in all other respects. (Article 78 proceeding transferred by order of Erie Supreme Court.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.